September 21, 2017



# JUDGMENT

# The Fourteenth Court of Appeals

IN THE INTEREST OF C.C.E., A CHILD

NO. 14-16-00571-CV

_____

This cause, an appeal from the agreed order signed May 9, 2016, was heard on the transcript of the record. We have inspected the record and find no error in the agreed order. We order the agreed order of the court below **AFFIRMED**.

We order appellant, Joanna Cobb, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.